UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE WILDER COMPANIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> MILTON 90 PLEASANT VALLEY STREET, LLC and LEXINGTON REALTY INTERNATIONAL, LLC, <br><br> Defendants. <br><br> MILTON 90 PLEASANT VALLEY STREET, LLC and LEXINGTON REALTY INTERNATIONAL, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> CORE FUND LOOP PROPERTY 2, LLC, INVESCO ADVISERS, INC. and INVESCO LTD., <br><br> Third-Party Defendants. | Civil Action No.: 1:23-cv-10550 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, The Wilder Companies, Ltd. ("Plaintiff") and Defendants/Third-Party Plaintiffs, Milton 90 Pleasant Valley Street, LLC ("Milton") and Lexington Realty International, LLC ("Lexington") (together, "Defendants/Third-Party Plaintiffs"), by and through their respective undersigned counsel, hereby stipulate and agree that Plaintiff's Complaint, claims and pleadings filed against Defendants/Third-Party Plaintiffs shall hereby be DISMISSED WITH PREJUDICE.

Further, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants/Third-Party Plaintiffs and Third-Party Defendant, Core Fund Loop Property 2, LLC ("Third-Party Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree

that Defendants/Third-Party Plaintiffs' Third-Party Complaint, claims and pleadings filed against Third-Party Defendant shall hereby be DISMISSED WITH PREJUDICE.

Plaintiff, Defendants/Third-Party Plaintiffs and Third-Party Defendant will bear their own costs.

| |
|---|
| **Dated:** May 8, 2024 <br><br> By: */s/ Craig M. Scott* <br><br> *Attorney for The Wilder Companies, Ltd.* |
| **Dated:** May 8, 2024 <br><br> By: */s/ Chester P. Lustgarten* <br><br> *Attorney for Milton 90 Pleasant Valley Street, LLC and Lexington Realty International, LLC* |
| **Dated:** May 8, 2024 <br><br> By: */s/ Lisa K. Haines* <br><br> *Attorney for Core Fund Loop Property 2, LLC* |

## **CERTIFICATE OF SERVICE**

       On May 8, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Massachusetts by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                    */s/   Lisa K. Haines*
                                                   Lisa K. Haines

305788785v.1